UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE NORTON | CIVIL ACTION |
| VERSUS | NO. 19-9307 |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "F" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the defendant on February 20, 2020 (Rec. Doc. No. 23), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly, **IT IS ORDERED** that the Commissioner's final decision is **VACATED IN PART** as to the Administrative Law Judge's finding regarding plaintiff's 2017 work and **REMANDED** for proper analysis of plaintiff's 2017 work under 20 C.F.R. § 404.1574.

New Orleans, Louisiana, this __4th__ day of ___March___, 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE